1    Raul Marin Gonzalez in pro per

**FILED**

2    5956 Fern ST

AUG 3 1 2015

3    Stockton,CA 95207

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4    Tel 471 – 46 -54

BY _____
DEPUTY CLERK

5

6            IN THE UNITED STATE DISTRICT COURT

7             EASTERN DISTRICT OF CALIFORNIA

8   Raul Marin Gonzalez           )

9         plaintiffs            )

10      VS                  )    No.

11   Javad Jamshidi & Stockton MRI & Molecular    )    **2: 1 5 - CV - 1 8 2 5 TLN GGH PS**

12   Imaging Medical Center INC.           )          COMPLAINT

13         <u>Defendants</u>         )

14    The honor Judge. plaintiffs seek justice for the damages that he suffer for the bad actions ,abuses negligence& medical

15 Malpractice that was made against him. The the Dr. Javad jamshidi and Stockton MRI and Molecular Imaging Medical

16 Center, INC M. On 7/19/11 they made at plaintiffs MRI of his right shoulder, defendants I mentioned they lied in the

17   Results of the MRI they committed major felony I complaint causes of action, that each parties did damaged at

18 plaintiffs life on his claims of workers Compensation Because they put wrong and false information on the MRI of

19 the date 7/ 19/11"FIRST " the Dr. Javad Jamshidi did MRI of the date 07/19/2011 for plaintiffs Right Shoulder, was

20 performer in Stockton MRI & Molecular Imaging Medical Center, INC. Next day on 07 /20/2011, plaintiffs get the

21 results of findings of the MRI them in the same hour he went To Alpine medical group the doctor see the results of the

22 MRI of the date 07/19/2011 of his right shoulder, he also see the MRI of the date 08/09/2010 of his right shoulder that

23 was made in Stockton MRI& molecular Imaging Center ,INC. by Doctor Brij Kapadia,M.D in the Findings shows two

24 tears. The doctor from Alpine told the plaintiffs that the MRI of the date 07/19/2011 was wrong with a lot mistakes and

25 told plaintiffs to go back to Stockton MRI with the doctor Javad Jamshidi and ask to correct the MRI and making right.

26 Same day plaintiffs received MRI he went back to Stockton MRI on 7/20/11 around 3 :00 pm in the front desk the worker

27 calling the doctor to see the problem they told plaintiffs that they Going to make right and came back next day, he went

28 back for the MRI results on 7/21/11 to Stockton MRI they give to Him the results in close envelope hi opened up and see

PlEASE REFER TO FEDERAL RULE OF CIVIL PROCEDURE 10.

COMPLAINT

That they give the same results and findings, they did not correct the MRI of July ,19.2011 plaintiffs get the same copy of the MRI that he get on the date 7 / 19 / 2011 he claims why did not correct the MRI. But a secretary and two doctors aggressive s offend the plaintiffs and told him to go at way or they call the police.

ON July ,26,2011 the chiropractic John J. Gutierrez give plaintiffs therapy he sow the results of the MRI of July ,19/ 2011 for his Right shoulder, and he wrote in the patient daily encounter form MRI taking noted present TEAR IT IS A MISTAKE TO RELATE TO THE LEFT SHOULDER SURGERY: Because John J. Gutierrez referred plaintiffs for a MRI on August,09,2010 on his Right Shoulder and was positive with two Tears. the MRI July,19,11 all have it is false information, last paragraph of the MRI on INPRESSION on the 3rd line on previous surgical intervention Dr. Jamshidi lied, Gutierrez told me to market and writing in the side that plaintiffs DID NOT HAVE SURGERY IN HIS RIGHT SHOULDER: " Because Jamshidi lied & make felony" plaintiffs NEED SURGERYIN HIS RIGHT SHOULDER HAS TWO TEARS. Dr. Leo R. Van Dolson Jr. QME refereed the MRI of the date 7/19/11.

the Dr. Jamshidi on the Right shoulder MRI of July,19,11 on 1st paragraph in( HISTORY) relate the surgery of plaintiffs left shoulder of 2009. And also Compared with the MRI of August ,09 ,2010 of his Right shoulder that have two tears. did not have surgery plaintiffs on right shoulder, Dr. Jamshidi did a lot mistakes & Alternated the MRI of R shoulder of the date 7,19,11 with bad faith & intentions, Gutierrez confirms. On 3rd paragraph in the MRI finding in the 2nd line the Dr. Jamshidi wrote slight ostearthritis of acromioclavicular Join is present, the specialist on shoulder the Dr. Kembiz Behzadi on April ,20,2011 he wrote a report of 7 pages about plaintiffs injures on both shoulders and his back on page 4 he wrote the right shoulder the join is intact with NO EVIDENCE OF OSTEARTHRITIS these proofs that the Dr. Jamshidi lied & hiding the tears

the MRI of plaintiffs right shoulder of 7/19/2011 on 4th paragraph in the 3rd line on PREVIOUS SURGICAL INTERVENTIONTION the Dr.Jamshidi lied did not have surgery on his right shoulder and again he lied. the left shoulder Rotator cuff it is re-tears, R shoulder ROTATOR CUFF is not UNREMARKABLE need surgery with bad INTENTIONS HE TRIED TO COVER the DAMAGES Jamshidi made false and fraudulent MRI code section 1871.4(a)(4) he fail provide benefits labor code section132 -4600- 4650 and labor code 5401 He

Complaint                                    2

1  be subject to penalties. THE GOVERMENT NEED TO PENALIZE STOCKTON MRI MOLECULAR

2  IMAGING MEDICAL CENTER INC.& Dr. Jamshidi.on the MRI of 7 /19 / 2011 on paragraph 5th in Inpression

3  in line 4&5 talking about plaintiffs left shoulder arthrogram MRI of Sept /30/2010 no other significant

4  abnormality seen , Jamshidi lied and hiding plaintiffs tears, that Dr. Behzadi discover in the films of the MRI

5  of Sept,30,2010 that presented to him on April ,20,2011Dr. Bezadi told him that the surgery on his left

6  shoulder rotator Re-tear, the Dr. Jamshidi did not have medicals reports how he know about the MRI of

7  Stockton Diagnostic March lane of Sept,30,2010, the Dr. Leo R. Van Dolson Jr. QME referred plaintiffs for

8  the MRI of 7/19/2011 he is accomplice he know the fraud and did not report. I SUED THE DEFENDANTS

9  The crime is clear they are guilty of major felony,   " Any person who makes or causes to be made any

10  knowingly  false or fraudulent material statement or representation for the purpose of obtaining or

11  denying workers compensation benefits or payments is guilty of a felony ":   Code Section 5432

12

13  The Dr. Leo R. Van Dolson Jr. used the MRI of the date 7/19/2011in for of his supplemental Reports on the

14  followed dates 9/04/2011- 9/13/2011 - 3/25/2012 - & 4/25/2012 this damaged plaintiffs life style, because

15  He told to Dr. Van Dolson that the MRI of 7/19/2011 was false he did not used on his final decision of 12/0312

16  The Judge Alvin webber and the insurance force plaintiffs to go back to Dr. Van Dolson to made another

17  report to used the MRI of the date 7/19/2011 they are danger and corrupt people are criminals bioled the law

18

19  In April ,20,2011 plaintiffs present to Dr. Kanbiz Behzadi 3 of the MRIs one of September ,30,2010of his

20  left shoulder one August ,09,2010 of his Right shoulder and one of August ,09,2010 of his low back with the

21  results and all the fillms Dr. Kambiz Behzadi proofs on his pages 4 & 7 on the paragraph 3rd & 4th he

22  reviewed the MRI and he believe there is a distinct and definite residual Tear in the Rotator cuff tendons on

23  plaintiffs left shoulder. He have ABNORMALITY the SURGERY RE-TEAR reopened he have two tears on

24  the left shoulder, and two tears on the right shoulder he need surgery.Why the Dr. Jamshidi wrote no other

25  significant "ABNORMALITY SEEN "the MRI he took was for plaintiffs right shoulder, and he talking about

26  the MRI of left shoulder Sept,30,10 how he get the information he mix up both shoulders put false information

27  on the MRI of 7/19/11 to did not receive surgery on his R shoulder& disable payments : Plaintiffs have suffer

28  a lot nights to sleep, have pain ,emotional problems, economics problems and financial because did not get

Complaint                              3

1  pay his worker's compensation a line of $700,000.00dollars plus $8,800.00 for the bill and expenses that

2  plaintiffs spend for 2 MRI on 2010, therapy on the years 2010 to 2014, On 2015 the therapy was pay from the

3  medical , also spend in the mail for 7 years a lot returned receive expence a lot with 200 pages to 850 pages

4  plaintiffs complained in 3 places in Los Angeles , in SanFrancisco in 5 or more places, in Sacramento more of

5  5 places , in Washington in 3 places , also expended on gas parking peels for pain & sleep, Also have family

6  problems did not have money to take my kids to the moves or to the restaurant on these 7 years my boys

7  growing with the trauma they see plaintiffs situation the condition it is worse the tears are biger.

8

9  Defendants violated plaintiffs Rights CV procedure labor code section16004 (4) committed crime against him

10  they are guilty of felony code CV 4722 (A) Section 1871 4 (A) ( 4) - 5432 - 132 ( A) for damages code of

11  CV procedure 364 – 340.5 & code section 573 for medical malpractice & negligence to did not having made

12  the surgery on his right shoulder since 7/19/11 MRI of the right shoulder code section 3211 through 3215 CV

13  code 2235 for the problems and hurts that the defendants made against the plaintiffs CV procedure 2033.5

14

15   Now For all damaged and offenses that defendants did, plaintiffs ask monetary sanction all as requiring by

16  Law a lien the sum of $ 1,000000.00 one million dollars for both parties , each parties $ 500,000.00 five

17  hundred thousand dollars from Stockton MRI& molecular Imaging Medical Center,INC , from Dr. Javad

18  Jamshidi M.D. Defendants have Insurance carrier (name) NORCAL MUTUAL INSURANCE COMPANY:

19  Plaintiffs sued the defendants in the superior court in dept:54 c 34-2012- 00131499 J Cadei lied in minuteorder

20  7/11/13 Jamshidi performed MRI wrong shoulder abuse of power & sand case to dept 39 & dept 35 they made

21  conferences in all dept in 54 order to answer before 8/26/13 plaintiffs did on8/05/13& respond to demurrer on

22  8/23/13 &have conference in dept 35. on 11/22/13 , on date 1/09/14 conference in dep39 Abbott order referred

23  trial set proces for selection of trial& mandatory set comf defendants did not answer the phone the court did not

24  give days for trial in dept 54 they demise the defendant, in dept39 on 11/22/14 plaintiffs filed case management

25  statement but they violated the law, same Webber did.I REFER FEDERAL RULE OF CIVIL PROCEDURE10.

26   I declare under penalty of perjury under the law of the United States that the forgoing is true and correct.

27   Date      08/ 31/ 2015       RAUL MARIN GONZALEZ

28

Complaint

4